Form osc1006 − osclr1006v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−17756−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Walter E Leonard                                  Wendy Leonard
    aka Walter Earl Leonard, aka Walter         2102 Bell Pl
    Leonard                                        South Plainfield, NJ 07080−2627
    2102 Bell Pl
    South Plainfield, NJ 07080−2627

Social Security No.:
    xxx−xx−4969                                     xxx−xx−6771

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO COMPLY WITH
D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS**

    The Court having noted that the debtor filed a petition on April 16, 2019, and has failed to comply with the Court?s local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☑    Debtor has not paid the filing fee in the amount of $310.00 in full at the time of the filing of the petition.

☐    Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☐    Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

    It is hereby

    ORDERED that the following document and/or fee must be submitted to the Clerk on or before 4/30/19 or the case will be dismissed.

☑    Full filing fee in the amount of $310.00

☐    Application for Individuals to Pay the Filing Fee in Installments

☐    Initial installment payment in the amount of $

☐    Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 4/30/19.

    If an objection or request for a hearing is filed, you or your attorney must appear at a hearing to be held before the Honorable Christine M. Gravelle on

Date: May 15, 2019

Time: 12:00 pm
Location: Courtroom 3
Address:   Clarkson S. Fisher Courthouse
           402 East State Street
           Trenton, NJ 08608−1507


Dated: April 17, 2019
JAN: gan

                                                      <u>Christine M. Gravelle</u>
                                                    United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Walter E Leonard  
Wendy Leonard  
       Debtors

Case No. 19-17756-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 17, 2019  
                      Form ID: osc1006    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.  
db/jdb         Walter E Leonard,    Wendy Leonard,    2102 Bell Pl,    South Plainfield, NJ   07080-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 00:49:16     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         J. Todd Murphy    on behalf of Joint Debtor Wendy   Leonard tmurphy@toddmurphylaw.com, tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com  
         J. Todd Murphy    on behalf of Debtor Walter E Leonard tmurphy@toddmurphylaw.com, tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                      TOTAL: 4