Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17756−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Walter E Leonard
aka Walter Earl Leonard, aka Walter Leonard
2102 Bell Pl
South Plainfield, NJ 07080−2627

Wendy Leonard
2102 Bell Pl
South Plainfield, NJ 07080−2627

Social Security No.:
xxx−xx−4969           xxx−xx−6771

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑    The Court having noted that the debtor filed a petition on April 16, 2019, and did not file the following documents:

Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Chapter 13 Disclosure of Attorney Compensation (LOCAL FORM), Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J.

☐    The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

It is hereby

ORDERED that the above document(s) must be received by the Clerk on or before 4/30/19 or the case will be dismissed.

If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 4/30/19.

If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Christine M. Gravelle on

Date: May 15, 2019
Time: 12:00 pm
Location: Courtroom 3
Address:   Clarkson S. Fisher Courthouse
           402 East State Street
           Trenton, NJ 08608−1507

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: April 17, 2019
JAN: gan

                                                        Christine M. Gravelle
                                                      United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Walter E Leonard  
Wendy Leonard  
       Debtors

Case No. 19-17756-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Apr 17, 2019  
　　　　　　　　　　　　　　Form ID: oscmsdoc　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.  
db/jdb　　　　Walter E Leonard,　　Wendy Leonard,　　2102 Bell Pl,　　South Plainfield, NJ 07080-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg　　　　+E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 00:49:15　　United States Trustee,  
　　　　Office of the United States Trustee,　　1085 Raymond Blvd.,　　One Newark Center,　　Suite 2100,  
　　　　Newark, NJ 07102-5235  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:  
　　　　Albert Russo　　docs@russotrustee.com  
　　　　J. Todd Murphy　　on behalf of Joint Debtor Wendy Leonard tmurphy@toddmurphylaw.com,  
　　　　　tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com  
　　　　J. Todd Murphy　　on behalf of Debtor Walter E Leonard tmurphy@toddmurphylaw.com,  
　　　　　tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com  
　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4