Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 19−17756−CMG
          Chapter: 13
          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter E Leonard
   aka Walter Earl Leonard, aka Walter
   Leonard
   2102 Bell Pl
   South Plainfield, NJ 07080−2627

   Wendy Leonard
   2102 Bell Pl
   South Plainfield, NJ 07080−2627

Social Security No.:
   xxx−xx−4969                    xxx−xx−6771

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:        6/19/19
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 1, 2019
JAN: gan

                             Jeanne Naughton
                             Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Walter E Leonard
Wendy Leonard
       Debtors

Case No. 19-17756-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: May 01, 2019
                  Form ID: 132    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
```
db/jdb         Walter E Leonard,    Wendy Leonard,    2102 Bell Pl,    South Plainfield, NJ 07080-2627
518220382      Associates in Plastic Surgery,    1150 Amboy Ave,    Edison, NJ 08837-2500
518187177      Deutsche Bank National Trust Co. as trus,    c/o KML Law Group P.C.,    216 Haddon Ave Ste 406,
                Westmont, NJ 08108-2812
518220384      Lifeline Medical Associates,    99 Cherry Hill Rd Ste 220,    Parsippany, NJ 07054-1102
518220385      Mitzner and Mitzner P.A.,    786 Mountain Blvd #101A,    Watchung, NJ 07069-6268
518220386      New Century Financial Services,    616 Essex Ave,    Linden, NJ 07036-2664
518187182      Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
518187183      Remex Revenue Management,    307 Wall St,    Princeton, NJ 08540-1515
518220387     +Somerset Medical Center,    110 Rehill Ave,    Somerville, NJ 08876-2598
518187187      State of New Jersey,    Administration,    595 Newark Ave Bldg 6Th,    Jersey City, NJ 07306-2394
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 02 2019 01:24:31     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2019 01:24:27     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518220388      E-mail/Text: bankruptcy@frost-arnett.com May 02 2019 01:23:33     Anesthesia Consultants of NJ,
                c/o Frost-Arnett Company,    PO Box 198988,    Nashville, TN 37219-8988
518187175      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 02 2019 01:28:09     Capital One Bank,
                PO Box 30285,    Salt Lake City, UT 84130-0285
518187176      E-mail/Text: bankruptcy@consumerportfolio.com May 02 2019 01:24:44     Consumer Portfolio Svc,
                PO Box 57071,    Irvine, CA 92619-7071
518187178      E-mail/Text: cio.bncmail@irs.gov May 02 2019 01:23:57     IRS,    955 S Springfield Ave Bldg A,
                Springfield, NJ 07081-3570
518220383     +E-mail/Text: abachman@rmbcollect.com May 02 2019 01:25:10     JFK Medical Center,    65 James St,
                Edison, NJ 08820-3903
518187179      E-mail/Text: bankruptcydpt@mcmcg.com May 02 2019 01:24:27     Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518187181      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 01:39:46
                Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
518187180      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 01:28:12
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
518187184      E-mail/Text: bankruptcy@savit.com May 02 2019 01:25:31     Sa-Vit Collection Agen,    PO Box 250,
                East Brunswick, NJ 08816-0250
518187185      E-mail/Text: bankruptcy@savit.com May 02 2019 01:25:31     Savit Collection Agency,
                PO Box 250,    East Brunswick, NJ 08816-0250
518187186      E-mail/Text: jennifer.chacon@spservicing.com May 02 2019 01:25:42     Select Portfolio Svcin,
                PO Box 65250,    Salt Lake City, UT 84165-0250
518188439     +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 01:28:40     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: May 01, 2019
                              Form ID: 132             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          J. Todd Murphy    on behalf of Joint Debtor Wendy  Leonard tmurphy@toddmurphylaw.com,
           tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
          J. Todd Murphy    on behalf of Debtor Walter E Leonard tmurphy@toddmurphylaw.com,
           tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
          Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates,
           Series 2006-6 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 5