Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17756−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Walter E Leonard
aka Walter Earl Leonard, aka Walter
Leonard
2102 Bell Pl
South Plainfield, NJ 07080−2627

Wendy Leonard
2102 Bell Pl
South Plainfield, NJ 07080−2627

Social Security No.:
 xxx−xx−4969                             xxx−xx−6771

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 11, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 46 − 44
Order Granting Application to Employ Professional Wendy Wiebalk, Esq. as Special Counsel (Related Doc # 44). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/11/2024. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 11, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-17756-CMG
Walter E Leonard  Chapter 13
Wendy Leonard
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jun 11, 2024     Form ID: orderntc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

**Recip ID    Recipient Name and Address**
sp    + Wendy L. Wiebalk, Cahn & Parra, 1015 New Durham Rd., Edison, NJ 08817-2215

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

**Name    Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Andrew M. Lubin
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

J. Todd Murphy
    on behalf of Joint Debtor Wendy Leonard courts@dublinpackard.com
    tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 11, 2024 | Form ID: orderntc | Total Noticed: 1

J. Todd Murphy
    on behalf of Debtor Walter E Leonard courts@dublinpackard.com
    tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com

Michael J. Milstead
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage
    Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

Roger Fay
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage
    Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 rfay@alaw.net, bkecf@milsteadlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9