J. Todd Murphy, Esq.
DUBLIN PACKARD
PO Box 556
Morristown NJ 07963
Tel. 973-816-2943
Attorney for debtor

Order Filed on July 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |  |  |
|---|---|---|---|
| | : | **UNITED STATES BANKRUPTCY COURT** | |
| | : | **DISTRICT OF NEW JERSEY** | |
| Walter E. Leonard | : | | |
| Wendy Leonard | : | Case No.: | 19-17756 |
| | : | | |
| | : | Chapter: | 13 |
| | : | | |
| | : | Hearing Date: | 7/3/24 9:00am |
| | : | | |
| | : | Judge: | Gravelle |

**ORDER**

The relief set forth on the following page is hereby ORDERED.

**DATED: July 3, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having reviewed and considered the documents submitted and oral arguments if any of the parties, and;

The debtor has paid the remaining balance of the plan at 100%, and;

An Order was issued on June 11, 2024 granting the application to Employ Professional Wendy Wiebalk, Esq. as Special Counsel, and;

For good cause shown,

It is hereby

ORDERED that the settlement of the personal injury lawsuit is hereby approved.

_____